**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KIMBERLY MELLO, JENNIFER MELLO, N.G., a minor, A.G., a minor, by and through their Guardian Ad Litem, TIFFANY CASTILLO,<br><br>　　　　　　Plaintiffs,<br><br>vs.<br><br>COUNTY OF SAN BENITO, SAN BENITO HEALTH AND HUMAN SERVICES AGENCY, JOSHUA MERCIER, TRACEY BELTON, ANA CABRERA, LETICIA MARTINEZ, SHYLOH STEARNS,<br><br>　　　　　　Defendants. | CASE NO: 5:14-05331 EJD<br><br>ORDER GRANTING STIPULATION TO ALLOW PLAINTIFFS LEAVE TO FILE AN AMENDED COMPLAINT |

　　　Good cause appearing, the parties stipulation to allow Plaintiffs' to amend the Complaint is hereby granted. Plaintiffs shall file the amended complaint as a separate docket entry within 5 days of this order.

**IT IS SO ORDERED**

Dated: May 7, 2015

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　EDWARD J. DAVILA
　　　　　　　　　　　　　　　　　United States District Judge