UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLY MELLO, et al. | Case No. 14-cv-05331-EJD (ADR) |
| Plaintiffs, | |
| v. | **ORDER RE: ATTENDANCE AT ENE** |
| COUNTY OF SAN BENITO, et al., | Date: July 27, 2015<br>ENE Evaluator: Tamara Lange |
| Defendants. | |

IT IS HEREBY ORDERED that the request to excuse defendant County of San Benito and named defendants Johsua Mercier, Tracey Belton, Ana Cabrera, Leticia Martinez and Shyloh Stearns from participating in the July 27, 2015, ENE before Tamara Lange is GRANTED.

**IT IS SO ORDERED**.

Dated: JULY 20, 2015

Maria-Elena James
United States Magistrate Judge