**GRANTED**
Judge Edward J. Davila
11/13/2015

1  LAW OFFICE OF DONNIE R. COX
2  DONNIE R. COX, SBN 137950
   402 North Nevada Street
3  Oceanside, CA 92054
4  Tel: (760) 400-0263, Fac: (760) 400-0269
   drc@drcoxlaw.com
5

6  LAW OFFICE OF PAUL W. LEEHEY
   Paul W. Leehey, SBN. 92009
7  210 E. Fig Street, Ste. 101
8  Fallbrook, CA 92028
   Tel: (760) 723-0711, Fac: (760)723-6533
9  law@leehey.com

10
   Attorneys for Plaintiffs
11
                 **UNITED STATES DISTRICT COURT**
12               **NORTHERN DISTRICT OF CALIFORNIA**

13 | KIMBERLY MELLO, JENNIFER        ) CASE NO. 5:14-cv-05331EJD
14 | MELLO, N.G, a minor, A.G. a minor, )
   | by and through their Guardian Ad  )
15 | Litem, TIFFANY CASTILLO          ) **REDACTED.** ~~PROPOSED~~ **ORDER**
16 |         Plaintiffs                ) **FOR APPROVAL OF MINORS'**
   |                                   ) **INTEREST IN SETTLMENT OF**
17 | v.                                ) **ACTION**
   |                                   )
18 | COUNTY OF SAN BENITO, SAN        )
19 | BENITO HEALTH AND HUMAN          )   An unredacted order containing the details of
   | SERVICES AGENCY, JOSHUA          )   the settlement will be filed under seal. The
20 | MERCIER, TRACEY BELTON, ANA      )   Clerk shall close this file.
21 | CABRERA, LETICIA MARTINEZ,       )
   | SHYLOH STEARNS, and Does 1       )
22 | through 10 Inclusive.            )
23 |         Defendants                )

24  DATED: October 26, 2015    LAW OFFICE OF DONNIE R. COX
                               */s/ Donnie R. Cox*
25                             DONNIE R. COX, Attorney for Plaintiffs
26                             KIMBERLY MELLO, JENNIFER MELLO, N.G, a
                               minor, A.G. a minor, by and through their Guardian
27                             Ad Litem, TIFFANY CASTILLO
28                             Email: drc@drcoxlaw.com

                                    1